No. 9256. JOHN J. O'DONNELL, Jr., PLAINTIFF AND RESPONDENT, v. J. W. PAVEY, CONTINENTAL OIL COMPANY, a Delaware Corporation, DEFENDANTS AND APPELLANTS, and GLENN O. BABCOCK, DEFENDANT.

253 Pac. (2d) 581.

Mr. Paul T. Keller and Mr. Melvin E. Magnuson, Helena, for appellants, Continental Oil Co.

Mr. Floyd O. Small, Helena, for defendant Pavey.

Messrs. Loble & Loble and Mr. Gene A. Picotte, Helena, Messrs. Rankin & Acher, Helena, for respondent.

Mr. Ralph J. Anderson, Helena, for Babcock.

Per Curiam.

On praecipe of counsel for the appellants the appeal in the above entitled action is ordered dismissed with prejudice.